1006

OAKBROOK 7TH ADDITION HOMEOWNERS ASSOCIATION, *Appellant,* v. MICHAEL E. NEWHOUSE ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-10258-1, Thomas Felnagle, J., entered December 8, 2006. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Armstrong, J.

[Nos. 24032-1-III; 24590-0-III. Division Three. December 4, 2007.]

*In the Matter of the Estate of* JOHN JOSEPH ELVIDGE.

DARCY L. ELVIDGE, *Appellant,* v. C. SCOTT ELVIDGE ET AL., *Respondents.*

Appeals from a judgment of the Superior Court for Spokane County, No. 04-4-01209-2, Salvatore F. Cozza, J., entered March 14 and October 7, 2005. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24932-8-III. Division Three. December 4, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. FLORENTINO S. BARAJAS, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 05-1-00037-6, Philip W. Borst, J. Pro Tem., entered February 8, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown and Stephens, JJ. Now published at 143 Wn. App. 24.

[No. 25650-2-III. Division Three. December 6, 2007.]

RICHARD D. LEWIS, *Appellant,* v. MISAEL OROZCO ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 04-2-01470-0, Michael E. Schwab, J., entered October 6, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.